[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 17-10569
Non-Argument Calendar
_____

D.C. Docket No. 5:16-cr-00023-RH-3

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ANTOINETTE THERESA KNOWLES,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Florida
_____

(February 1, 2018)

Before ED CARNES, Chief Judge, WILSON and JORDAN, Circuit Judges.

PER CURIAM:

Patricia Jean Kyle, appointed counsel for Antoinette Theresa Knowles in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Knowles's convictions and sentences are **AFFIRMED**.